# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3324

_____

| | | |
|---|---|---|
| Janice Rukavina, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Missouri Department of Social | * | Western District of Missouri. |
| Services, Division of Child Support | * | |
| Enforcement; Kathleen Shannon, | * | [UNPUBLISHED] |
| Supervisor 1; David Damico, | * | |
| Program Director, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  February 5, 1999

Filed:  February 16, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Janice Rukavina appeals from the district court's[1] grant of summary judgment in favor of her former employer and the manager of her office.  Having reviewed the

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

record de novo and the parties' briefs, we affirm the judgment with regard to Ms. Rukavina's disability discrimination claim because she failed to offer sufficient evidence to create a factual dispute whether she was a "qualified" individual--i.e., whether she could perform the essential duties of her position with or without reasonable accommodation.  See Hennenfent v. Mid Dakota Clinic, P.C., No. 98-1992, 1998 WL 901709 (8th Cir. Dec. 29, 1998).  As to Ms. Rukavina's other claims, we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.